# Longacre vs. Simpson.

In an action by petition and summons, if the petition is in assumpsit and the summons in debt, it is erroneous.

The return of the sheriff, 'served by reading and delivering an attested copy,' does not show upon whom it was served, and is defective.

The judgment should be in debt and damages and not damages alone.

Mason, Chief Justice, dissenting; that the service is good, that the action is *sui generis,* and the parties should not be confined to the technicality of formal actions.